CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 27 2006

JOHN F. CORCORAN, CLERK
BY: HMcDonald
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES M. KEYES,            ) | |
|     Plaintiff,            ) | Civil Action No. 7:06-cv-00437 |
|                       ) | |
| v.            ) | **FINAL ORDER** |
|                       ) | |
| TERRY O'BRIEN, et al.,            ) | By: Hon. Jackson L. Kiser |
|     Defendants.            ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1); all other pending motions are hereby **DENIED** as **MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

**ENTER**: This 27th day of July, 2006.

                                                            /s/ Jackson L. Kiser
                                                            Senior United States District Judge